

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2021

No. 04-20-00563-CV

### IN THE INTEREST OF K.J.G., A CHILD

From the County Court at Law, Kerr County, Texas
Trial Court No. 09352C
Honorable Susan Harris, Judge Presiding

## O R D E R

Appellee's brief is currently due April 12, 2021. On March 18, 2021, appellee filed a motion requesting an extension of time to file the brief until May 12, 2021, for a total extension of thirty days. After consideration, we **GRANT** the motion and **ORDER** appellee to file its brief **by May 12, 2021.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2021.

_____
Michael A. Cruz,
Clerk of Court